FILED
2010 Aug-18 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT FOR ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Albert J. Isaac, et al<br>    Plaintiff(s) | )<br>)<br>) |
| v | ) Case No. CV-09-J-1491-S |
| | ) |
| NCO Group, Inc., et al<br>    A Delaware Corporation<br>    Defendant(s) | )<br>)<br>) |

### NOTICE OF A POSSIBLE SETTLEMENT AND MOTION FOR A STAY

**COMES NOW**, the Plaintiffs Albert J. Isaac and Rosetta W. Isaac, in the above style and cause, give notice to the Court of a possible settlement between the parties, as the Parties work out the agreement phase of the settlement. Moves the Court to Stay a ORDER for sixity days, for the Plaintiff to respond to the Defense motion to compel.

DATE: August 16, 2010

Respectfully Submitted

*Rosetta W. Isaac* (signature)
Rosetta W. Isaac, *Pro Se*

*Albert J. Isaac* (signature)
Albert J. Isaac, *Pro Se*
617 76th St S
Birmingham, AL 35206
(205)836-3075

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for Defendant(s) NCO Group, Inc. and NCO Financial Systems, Inc. the listed herein below, United States Mail, properly addressed, postage pre-paid, thereto:

OF COUNSEL:
Lloyd, Gray, & Whitehead P.C., Attorneys at Law
Ms. Laura C. Nettles. Esq.
2501 20th Place South Suite 300
Birmingham, AL 35223


This the day 16 of August, 2010

*Rosetta W. Isaac*
Rosetta W. Isaac, Pro Se

*Albert J. Isaac*
Albert J. Isaac, Jr. Pro Se