UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALBERT J. ISAAC
ROSETTA W. ISAAC

    Plaintiffs,

v.           Case No. CV-09-J-1491-S

NCO GROUP, INC., et al
 a Delaware Corporation

NCO FINANCIAL SYSTEMS, INC.
 a Pennsylvania Corporation

    Defendants.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs, Albert J. Isaac and Rosetta W. Isaac, and defendants, NCO Group, Inc. ("NCOG") and NCO Financial Systems, Inc. ("NCOF"), hereby jointly stipulate to the dismissal with prejudice of plaintiffs' claims against NCOG and NCOF.

Dated, this 25th day of August, 2010.

_/s/ Albert J. Isaac_         _/s/ Maria N. Rabieh_
Albert J. Isaac            Maria N. Rabieh, Esq., PHV
617 76th Street South        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
Birmingham, Alabama 35206     3850 N. Causeway Blvd., Ste. 200
Telephone: (205) 836-3075      Metairie, Louisiana 70002
                   Telephone: (504) 828-3700

-and-              -and-

*/s/ Rosetta W. Isaac*
Rosetta W. Isaac
617 76th Street South
Birmingham, Alabama 35206
Telephone: (205) 836-3705

Plaintiffs, Pro Se

Laura C. Nettles, Esq.
LLOYD, GRAY, WHITEHEAD & MONROE, PC
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822

Counsel for Defendants, NCO Group, Inc. and NCO Financial Systems, Inc.

Joint Stipulation of Dismissal.wps