# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ALBERT J. ISAAC and ROSETTA W. ISAAC, ) ) ) Plaintiffs, ) ) vs. ) ) NCO GROUP, INC. and NCO ) FINANCIAL SYSTEMS, INC., ) ) Defendants. ) | Civil Action Number **2:09-cv-1491-AKK** |

## **ORDER**

Consistent with the parties' Joint Stipulation of Dismissal with Prejudice, (doc. 56), this action is hereby DISMISSED WITH PREJUDICE. Costs taxed as paid.

DONE this 26th day of August, 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE